## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RANDALL WILLIAM,** | ) |
| **Plaintiff,** | ) ) |
| | ) CIVIL NO. 09-cv-151-MJR |
| vs. | ) |
| | ) APPEAL NO. 09-2826 |
| **RYDER LEE, et al.,** | ) |
| **Defendants.** | ) ) |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court is Plaintiff Randall William's motion for reconsideration (Doc. 16). However, over a month ago he filed a notice of appeal in this action (Doc. 8), and that appeal remains pending. Thus, this Court does not have jurisdiction to rule on the instant motion. *See Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *Kusay v. United States*, 62 F.3d 192, 193 (7th Cir. 1995). *See also* 16 Charles Alan Wright, Arthur R. Miller, Edward H. Cooper & Eugene Gressman, Federal Practice & Procedure § 3949 at 359 (1977)). Consequently, this Court is without jurisdiction to consider Plaintiff's pleadings. Accordingly, Plaintiff's motion is **DISMISSED** for lack of jurisdiction.

**IT IS SO ORDERED.**

**DATED this 8th day of September, 2009.**

                                                           **s/ Michael J. Reagan**
                                                          **MICHAEL J. REAGAN**
                                                          **United States District Judge**